IRWIN A. YARNELL, *Appellant,* vs. J. H. GREGORY, *Appellee.*

### En Banc.

### Decision Filed June 18, 1924

Where the members of the appellate court are equally divided in opinion as to whether a decree on appeal should be affirmed or reversed, and there is no prospect of a change of judicial opinion, the decree should be affirmed, so that the litigation may not be unduly prolonged.

*Wilson & Swearingen and L. C. Johnson,* for Appellant;

*Olliphant & Olliphant and Harry G. Taylor,* for Appellee.

PER CURIAM.—In this case the Chief Justice, Mr. Justice Whitfield and Mr. Justice Terrell are of the opinion that the decree entered by the trial court from which the appeal is taken should be affirmed, while Mr. Justice Ellis, Mr. Justice Browne and Mr. Justice West are of the opinion that said decree should be reversed; and, there being no prospect of a change of judicial opinion, the decree should be affirmed on the authority of State *ex rel.* Hampton v. McClung, 47 Fla. 224, 37 South. Rep. 51; Pensacola Electric Co. v. Humphreys, 61 Fla. 389, 54 South. Rep. 452; Quigg, Chief of Police, v. Radel, 86 Fla. 197, 97 South. Rep. 380; and State *ex rel.* Amos v. Hamwey, 87 Fla. 55, 100 South. Rep. 796.

An order will be entered affirming the decree herein.

All Concur.